## Time and Fuel Used by TRS Boat's after the sinking and during the salvage of the GBW 97

The MV Edna T Gattle (ETG) was in Shreveport when the GBW 97 sank. We dispatched the Glenna M (GM) to relief the ETG on the same day. The GM stood by with the partially submerged barge and oversaw the removal of the product from the barge and the failed salvage of the barge. The boat times below are of boats that were involved in the sinking of the GBW 97

The ETG was on site in Shreveport at the time of the sinking of the GBW 97 and was relieved by the GM. The time below only reflects the time they were on site after the barge sinking.

**The time and fuel is below:**

| | |
|---|---|
| Start Time (Sinking of GBW 97) | 6/26/2021 8:30 |
| Relieved by the Glenna M in Shreveport and SB with remaining tow | 6/27/2021 7:30 |
| Total time | 0.96 |
| Average Daily cost of ETG | $4,850.00 |
| Fuel Burn | 900 |
| Fuel Price at that time | $2.21 |
| Fuel Cost | $1,989.00 |
| Total Boat Cost for the ETG | $6,645.00 |

The GM arrived in Shreveport to relieve the ETG and stood by with the Product removal and attempted salvage. The time below starts when the GM was diverted from anoyther job to go to Shreveport and finishes when the Gm arrived back at Old River Fleet.

**The time and fuel is below:**

| | |
|---|---|
| Departed Boyce, LA for Shreveport | 6/26/2021 13:30 |
| Arrived in Shreveport to relieve the ETG | 6/27/2021 7:30 |
| Arrived back at Old River Fleet after job completion | 7/10/2021 14:45 |
| Total time | 14.05 |
| Average Daily cost of GM | $2,100.00 |
| Fuel Burn | 2100 |
| Fuel Price at that time | $2.21 |
| Fuel Cost | $4,641.00 |
| Total Boat Cost for the GM | $34,146.00 |



EXHIBIT D